**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **ROBERT J. KOKENES,** | ) | **Case No. 15-21358** |
| | ) | |
| **Debtor.** | ) | **Judge Jacqueline P. Cox** |

## CERTIFICATE OF NOTICE

The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 13th day of March, 2019.


*/s/ David R. Herzog*
Trustee in Bankruptcy

**SERVICE LIST**

**VIA ECF**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Robert J. Kokenes
c/o Michael J Vitale
Michael J Vitale Law Office
6332 West 26th Street
Berwyn, IL 60402
mvitale1@sbcglobal.net

Bruce E de'Medici
834 Forest Avenue
Oak Park, IL 60302
bdemedici@gmail.com


**VIA REGULAR MAIL**

Robert J Kokenes
2 Valley View Ct.
Lemont, IL 60439

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583-4213

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

Fifth Third Bank
5050 Kingsley Dr.
Cincinnati, OH 45227-1115

Fifth Third Bank
PO Box 9013
Addison, Texas 75001-9013

Ford Cred
PO Box 542000
Omaha, NE 68154-8000

Kathy Kokenes
2 Valley View Ct.
Lemont, IL 60439

PNC Mortgage
PO Box 8703
Dayton, OH 45401-8703

TD Bank, USA
by American InfoSource LP as agent
4515 N. Santa Fe Ave.
Oklahoma, OK 73118-7901

TD Bank, USA/Targetcred
PO Box 673
Minneapolis, MN 55440-0673